UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ARTHUR FRAZIER,                                         JUDGMENT
                                                        10-CV- 5423 (ENV)
                    Plaintiff,

    -against-

DETECTIVE ERIC ANDERSON and
DETECTIVE THOMAS of the 107 PCT. In
QUEENS COUNTY AND A.D.A. JOHN DOE
OF THE QUEENS COUNTY DISTRICT
ATTORNEYS OFFICE,

                    Defendants.
------------------------------------------------------X

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 31, 2014, granting summary judgment in favor of sole remaining Defendant, Detective Eric Anderson; denying Plaintiff's cross-motion; dismissing the case; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that summary judgment is granted in favor of Defendant Eric Anderson; that Plaintiff's cross-motion is denied; that the case is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal; and that Plaintiff shall recover nothing from the Defendants.

Dated: Brooklyn, New York                               Douglas C. Palmer
       March 31, 2014                                   Clerk of Court

                                                   by:  */s/ Janet Hamilton*
                                                        Deputy Clerk